IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-107-RDM |
| | : | |
| **BRUNO JOSEPH CUA,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S RESPONSE TO APPLICATION FOR ACCESS TO VIDEO EXHIBITS

On April 20, 2023, applicants Smith et al ("Applicants") applied to the Court to seek access to certain exhibits in this criminal case, specifically, Government Exhibits 101-110, 201-212, 214, and 301-306, and Defense Exhibit 1. ECF No. 325.

The Government takes no position regarding the Applicants' request and defers to the Court. Should the Court grant the Applicants' request, the Government will facilitate access to the Government's exhibits.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:    */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
IL Bar No. 6316768
(202) 252-6778
kaitlin.klamann@usdoj.gov

1

CAROLINA NEVIN
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
NY Bar No. 5226121
(202) 803-1612
carolina.nevin@usdoj.gov